CONSOLIDATED RAILWAY AND LIGHT COMPANY, Appellant,
    *v.* ELECTRIC BOND AND SHARE COMPANY et al.,
    Respondents.

*Consolidated Ry. & Light Co.* v. *Electric Bond & Share Co.,* 158 App. Div. 932, affirmed.
    (Argued February 3, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 12, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint and the direction of a verdict in favor of defendant company upon its counterclaim in an action to recover from the defendants damages alleged to have resulted from a conspiracy to defraud the plaintiff in connection with the purchase of stock of the Durham Light and Power Company. The defendant Electric Bond and Share Company put in a counterclaim for a balance due on a promissory note given in the course of the transaction by the plaintiff.

*Alvin C. Cass* for appellant.

*L. B. Duer, Graham Sumner* and *R. E. Coulson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.